**United States District Court**
For the Northern District of California

*E-FILED 3/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, | No. C 06-05021 RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SILICON VALLEY RESEARCH INC. SAVINGS & INVESTMENT PLAN, | |
| Defendant. | |

The above-entitled case is scheduled for a Case Management Conference on March 7, 2007 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference and subsequent orders, a Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. No Case Management Statement has been filed. Therefore, the Court continues the case management conference to **May 2, 2007 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **April 25, 2007;** other deadlines set in the Order Setting Initial Case Management Conference are continued accordingly.

IT IS SO ORDERED.

Dated: 3/6/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Barbara Anne Matthews    matthews.barbara@dol.gov, sol-sf@dol.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated:  3/6/07

                                           /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California