LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
BARBARA A. MATTHEWS, Senior Trial Attorney
California State Bar No. 195084
Office of the Solicitor
United States Department of Labor
97 7th Street, Suite 3-700
San Francisco, CA 94103

*E-FILED 8/8/07*

Telephone: (415) 625-7757
Facsimile: (415) 625-7772
E-mail: sol-sf@dol.gov

Attorneys for Plaintiff
ELAINE L. CHAO, Secretary of Labor,
UNITED STATES DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>SILICON VALLEY RESEARCH, INC., a suspended California corporation and Plan Administrator, and SILICON VALLEY RESEARCH, INC. SAVINGS AND INVESTMENT PLAN, an employee benefit plan,<br><br>Defendants. | Case No. 06-05021 RS<br><br>(Proposed)<br>CONSENT JUDGMENT AND ORDER |

This action was filed by Plaintiff ELAINE L. CHAO, Secretary of Labor, United States Department of Labor (the "Secretary"), pursuant to the provisions of Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 to 1191c, alleging that the Defendant Silicon Valley Research, Inc. ("Silicon Valley Research") breached its fiduciary duties under ERISA in connection with the Silicon Valley Research Savings and Investment Plan (the "Plan"), and seeking to enjoin further violations of ERISA and to obtain other equitable relief.

*(Proposed) Consent Judgment and Order*

The Secretary and Defendant Silicon Valley Research agree that this Consent Judgment and Order shall fully resolve all claims of the Secretary asserted in the Complaint and agree to the entry of this Consent Judgment and Order. Defendant Silicon Valley Research also acknowledges receipt of a copy of Complaint; waives the issuance and service of process; waives answer; waives any defense to the Secretary's claims; and waives the entry of any findings of fact and conclusions of law.

In entering into this Consent Judgment and Order, Defendant Silicon Valley Research states that, prior to the commencement of the instant action, Silicon Valley Research was the subject of previous litigation in relation to its corporate governance. On or about October 10, 2006, Pelican Cove Investments, Inc., a shareholder of Silicon Valley Research, filed a Complaint in the Superior Court of the State of California for the County of Santa Clara alleging that Silicon Valley Research had abandoned its corporate activities since suspension by the California Franchise Tax Board (Case No. 106CV072608) (hereinafter referred to as the "underlying litigation"). As a result of the underlying litigation, the state court entered an order appointing a receiver. Ultimately, upon approving the receiver's final report, the receiver was discharged and Silicon Valley Research was returned to active status and revived with the California Secretary of State. Thereafter, the instant action was commenced and served on the newly revived Silicon Valley Research. The parties hereto agree that any breach of fiduciary duties occurred prior to the commencement of the underlying litigation.

The Parties having agreed to the entry of the Consent Judgment

1 and Order, and it appearing that the Court has jurisdiction over
2 the Parties and subject matter of this action and that the Court is
3 empowered to provide the following equitable relief, it is hereby
4 ORDERED, ADJUDGED AND DECREED that:
5    1.   Nicholas Saakvitne of Saakvitne Law Corporation, 532
6 Colorado Avenue, Second Floor, Santa Monica, CA 90401-2408, is
7 appointed as the Independent Fiduciary for the Plan. The
8 Independent Fiduciary shall have the following powers, duties and
9 responsibilities:
10       a.   The Independent Fiduciary shall have full fiduciary
11 authority and shall have all the powers, rights, discretion, and
12 duties of a trustee, fiduciary, and Plan Administrator under ERISA;
13       b.   The Independent Fiduciary's responsibilities shall
14 include, but shall not be limited to, establishment or continuation
15 of a trust account for the benefit of Plan participants and
16 beneficiaries, receipt and distribution of employee contributions
17 to the Plans, communication with participants regarding their
18 account disbursement options, collection of any necessary
19 information from those persons or entities in custody of such
20 information including bankruptcy trustees, and calculation of the
21 participants' and beneficiaries' account balances;
22       c.   The Independent Fiduciary shall have responsibility
23 and authority to collect, liquidate, and manage Plan assets for the
24 benefit of the eligible participants and beneficiaries who are
25 entitled to receive such assets, until such time that the Plan
26 assets are distributed to those participants and beneficiaries;
27       d.   The Independent Fiduciary shall, pursuant to the
28 procedures outlined in the Employee Benefit Security

1  Administration's Field Assistance Bulletin 2004-02, exercise
2  reasonable care and diligence to identify and locate each Plan
3  participant or beneficiary who is eligible to receive a payment
4  under the terms of the Plan. Further, the Independent Fiduciary
5  shall disburse payment made pursuant to this Consent Judgment and
6  Order to each eligible participant and beneficiary;

7      e.   The Independent Fiduciary shall have full access to
8  all data, information and calculations in the Plans' possession or
9  under its control, including information and records maintained by
10 the Plan's custodial trustees, service providers, and Defendant
11 Silicon Valley Research;

12     f.   The Independent Fiduciary shall provide for the
13 orderly termination of the Plan after all distributions have been
14 made to the participants and beneficiaries; and

15     g.   The Independent Fiduciary shall receive a fee of
16 five thousand dollars ($5,000.00) as reasonable compensation for
17 the performance of the above-referenced duties. The fee shall also
18 include necessary and reasonable costs as well as the cost to
19 obtain bonding in an amount that meets the requirements of ERISA
20 § 412, 29 U.S.C. § 1112. This fee shall be paid by Defendant
21 Silicon Valley Research to Nicholas Saakvitne within thirty (30)
22 days after the entry of this Consent Judgment and Order.

23    2.   Defendant Silicon Valley Research shall be permanently
24 enjoined from any future violations of Title I of ERISA.

25    3.   Each Party shall bear her or its own fees and other
26 expenses incurred by such Party in connection with any stage of
27 this proceeding, including but not limited to, attorneys' fees
28 which may be available under the Equal Access to Justice Act, as

*(Proposed) Consent Judgment and Order*           Page 4 of 6

amended.

4. Nothing in this Consent Judgment and Order is binding on any governmental agency other than the Employee Benefits Security Administration of the United States Department of Labor.

5. Each Party shall waive any and all claims of any nature which each may have against the other, or any of their officers, agents, attorneys, employees or representatives, arising out of or in connection with the allegations contained in the Complaint on file in this action, any other proceedings or investigation incident thereto.

6. This Consent Judgment and Order represents a full, final and complete judicial resolution of all claims alleged in the Complaint against Defendants Silicon Valley Research and the Plan. Further, and in accordance with paragraph 7, the Plan is hereby dismissed from this action.[1]

7. The Court shall retain jurisdiction of this matter for purposes of enforcing the provisions contained in the Court's Consent Judgment and Order.

The Court, finding that there is no just reason to delay the entry of this Consent Judgment and Order, expressly directs the entry thereof as a final order.

Dated this 8th day of August, 2007.

RICHARD SEEBORG
United States Magistrate Judge

---

[1] The Plan was only named as a Defendant in the Complaint pursuant to Rule 19(a) of the Federal Rules of Civil Procedure solely to assure that complete relief could be granted.

1  Entry of this Consent Judgment and Order is hereby consented to:
2  FOR THE SECRETARY OF LABOR
3  Dated: _August 8_____, 2007

                                  JONATHAN L. SNARE
                                  Acting Solicitor of Labor

                                  LAWRENCE BREWSTER
                                  Regional Solicitor

                                  DANIELLE L. JABERG
                                  Counsel for ERISA


                             By:   /s/Barbara A. Matthews
                                   BARBARA A. MATTHEWS
                                   Senior Trial Attorney




13 FOR SILICON VALLEY RESEARCH, INC.
14 Dated: __8/6/07_____, 2007
                                  ELLIS & GORDON

                             By:   _____
                                   AVIVA Y. GORDON, ESQ.
                                   510 S. Ninth Street
                                   Las Vegas, Nevada 89101